**UNITED STATES DISTRICT COURT FOR THE**
**FIRST DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 1:26-cv-14345

| | |
|---|---|
| 1942 REALTY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTHEW W. BONANNO,<br>EMILY J. BONANNO,<br>JANE DOE, and<br>THE CINCINNATI INSURANCE COMPANY,<br><br>*Defendants*. | **<u>DEFENDANTS MATTHEW W. BONANNO AND EMILY J. BONANNO'S RULE 7.1 DISCLOSURE</u>** |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendants Matthew W. Bonanno and Emily J. Bonanno disclose as follows:

1. Matthew W. Bonanno is a citizen of New York. No other individual or entity has citizenship attributed to him for purposes of 28 U.S.C. § 1332(a).

2. Emily J. Bonanno is a citizen of New York. No other individual or entity has citizenship attributed to her for purposes of 28 U.S.C. § 1332(a).

*[SIGNATURE PAGE TO FOLLOW]*

Dated: September 23, 2026

Respectfully submitted,
Defendants,
Matthew W. Bonanno and Emily J. Bonanno,
By and through their attorneys,

*/s/ Douglas A. Robertson*
Douglas A. Robertson, Esq.
BBO No. 552315
*/s/ John R. Garrasi*
John R. Garrasi, Esq.
BBO No. 717460
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
drobertson@mmmk.com
jgarrasi@mmmk.com

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Defendants Matthew W. Bonanno and Emily J. Bonanno, hereby certify that on September 23, 2026, I served a copy of the above document(s) via email upon the following:

Raymond H. Tomlinson, Esq.
Tomlinson Law
76 Tupper Road, Suite 11
Sandwich, MA 02563
rht@tomlinsonlaw.com

Nora R. Adukonis, Esq.
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
adukonis@litchfieldcavo.com

*/s/ Douglas A. Robertson*
Douglas A. Robertson, Esq.
BBO No. 552315
Attorney for the Defendants,
Matthew W. Bonanno and Emily J. Bonanno
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
drobertson@mmmk.com