#5

COMMONWEALTH OF MASSACHUSETTS

NANTUCKET, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 2675CV00024

1942 REALTY, LLC,

Plaintiff,

v.

MATTHEW W. BONANNO, EMILY J. BONANNO, JANE DOE, and THE CINCINNATI INSURANCE COMPANY,

Defendants.

Filed 09/09/2026

**AFFIDAVIT OF COMPLIANCE WITH SUPERIOR COURT RULE 9A**

I, Nora R. Adukonis, swear and aver as follows:

1. I am a member in good standing with the Commonwealth of Massachusetts and a Partner at the law firm of Litchfield Cavo LLP.

2. I have been retained to represent the Defendants, The Cincinnati Insurance Company, in connection with the above matter.

3. On or about August 11, 2026, I served Plaintiff's counsel with copies of the following:

   - Motion to Dismiss of The Cincinnati Insurance Company; and

   - Memorandum of Law of The Cincinnati Insurance Company in Connection with its Motion to Dismiss.

4. On or about August 21, 2026, we received the following from Plaintiff's counsel:

   - Plaintiff's Memorandum in Opposition to the Motion to Dismiss of The Cincinnati Insurance Company; and

   - Plaintiff's Cross Motion for an Order Realigning Defendants Matthew W. Bonanno and Emily J. Bonanno with Plaintiff in Opposition to Cincinnati Insurance Company's Motion to Dismiss Count XI.

5. On September 9, 2026, we served all counsel with copies of the following:

   - The Cincinnati Insurance Company's Opposition to Plaintiff's Purported "Cross-Motion" to "Realign Parties"; and

   - The Cincinnati Insurance Company's Reply to Opposition to Motion to Dismiss.

6. To date, we have not received any additional oppositions.

7. I hereby certify that I have complied with Superior Court Rule 9A and file the above-referenced documents.

Signed under the penalties of perjury this 9th day of September, 2026.

______________________________
Nora R. Adukonis

**<u>CERTIFICATE OF SERVICE</u>**

I, Nora R. Adukonis, hereby certify that on this 9th day of September, 2026, I served the within document on all counsel or record via electronic mail as follows:

Raymond H. Tomlinson, Jr., Esq.
Tomlinson Law
76 Tupper Road, Suite 11
Sandwich, MA 02563
rht@tomlinsonlaw.com
***Counsel for Plaintiff***

John R. Garrasi, Esq.
Marin, Magnuson, McCarthy & Kenney, P.C.
101 Merrimac Street, 7th Floor
Boston, MA 02114
jgarrasi@mmmk.com

______________________________
Nora R. Adukonis