**UNITED STATES DISTRICT COURT FOR THE**
**FIRST DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 1:26-cv-14345

1942 REALTY, LLC,

*Plaintiff*,

v.

MATTHEW W. BONANNO,
EMILY J. BONANNO,
JANE DOE, and
THE CINCINNATI INSURANCE COMPANY,

*Defendants*.

**DEFENDANTS MATTHEW W. BONANNO AND EMILY J. BONANNO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS TO DISMISS**

DEFENDANTS MATTHEW W. BONANNO AND EMILY J. BONANNO (collectively, the "Bonanno Defendants"), pursuant to Fed. R. Civ. P. 56 and, in the alternative, Fed. R. Civ. P. 12(c), move for partial judgment against Plaintiff 1942 Realty, LLC ("1942 Realty") on two discrete issues of contractual and statutory risk allocation. As set forth in the accompanying memorandum:

1. Section 8 of the Occupancy Agreement required the LANDLORD to submit written, itemized copies of all bills, repairs, damage claims, and related charged to Great Point Properties, Inc. within forty-five days after the TENANT vacated, and expressly provided that failure to comply would deem the LANDLORD to have waived its rights relative to reimbursement of "any and all bills and expenses resulting from the tenancy." The undisputed record establishes that 1942 Realty did not comply with that requirement within the contractual period.
2. G. L. c. 175, § 4F required the operator of this short-term rental to maintain not less than $1,000,000 in liability coverage that would defend and indemnify tenants for bodily injury and property damage arising from the short-term rental, unless qualifying coverage was maintained

by a hosting platform. The undisputed record establishes that 1942 Realty did not procure or provide such coverage.

3. Accordingly, the Court should (a) enforce Section 8 according to its terms and enter partial judgment barring 1942 Realty from recovering the repair, remediation, professional, investigation, and other bills and expense encompassed by that waiver; (b) dismiss Counts I and II to the extent those counts seek such waived reimbursement; and (c) enter partial judgment that any property-damage liability imposed upon Matthew W. Bonanno that falls within the protection mandated by § 4F is subject to recoupment or setoff in the amount of the defense and indemnity protection 1942 Realty was statutorily required to procure for him.

**WHEREFORE**, Defendants Matthew W. Bonanno and Emily J. Bonanno respectfully request that the Court allow this Motion and enter the foregoing partial relief, together with such further relief as the Court deems just and proper.

Dated: October 19, 2026

Respectfully submitted,
Defendants,
Matthew W. Bonnano and Emily J. Bonanno,
By and through their attorneys,
*/s/ Douglas A. Robertson*
Douglas A. Robertson, Esq.
BBO No. 552315
*/s/ John R. Garrasi*
John R. Garrasi, Esq.
BBO No. 717460
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
drobertson@mmmk.com
jgarrasi@mmmk.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that on September 29, 2026, counsel conferred with counsel for Plaintiff concerning the relief requested. On October 14, 2026, counsel for the Bonanno Defendants requested additional conference. On October 16, counsel for Plaintiff was unexpectedly unavailable despite the prior scheduling. Counsel will confer again as necessary and this motion will be amended or withdrawn if agreement is reached on the issues. Plaintiff opposes the motion.

*/s/ Douglas A. Robertson*
Douglas A. Robertson, Esq.
BBO No. 552315
Attorney for the Defendants,
Matthew W. Bonanno and Emily J. Bonanno
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
drobertson@mmmk.com

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Defendants Matthew W. Bonanno and Emily J. Bonanno, hereby certify that on October 19, 2026, I served a copy of the above document(s) via email upon the following:

Raymond H. Tomlinson, Esq.
Tomlinson Law
76 Tupper Road, Suite 11
Sandwich, MA 02563
rht@tomlinsonlaw.com

Nora R. Adukonis, Esq.
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
adukonis@litchfieldcavo.com

*/s/ Douglas A. Robertson*
Douglas A. Robertson, Esq.
BBO No. 552315
Attorney for the Defendants,
Matthew W. Bonanno and Emily J. Bonanno
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
drobertson@mmmk.com