UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 1942 REALTY, LLC,<br>Plaintiff,<br>v.<br>MATTHEW W. BONANNO, EMILY J. BONANNO, JANE DOE, AND THE CINCINNATI INSURANCE COMPANY,<br>Defendants. | C.A. No.: 1:26-cv-14345-PBS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS MATTHEW W. BONANNO AND EMILY J. BONANNO'S LIMITED RESPONSE TO PLAINTIFF'S SURREPLY AND CROSS-MOTION**

Pursuant to Local Rule 7.1(b)(3), Plaintiff 1942 Realty, LLC ("Owner" or "1942") moves for leave to file the reply attached as Exhibit 1, not exceeding five (5) pages, to the Limited Response of defendants Matthew W. Bonanno and Emily J. Bonanno (the "Bonanno Defendants") to Owner's Surreply and Cross-Motion. Doc. 23. In support of this motion, Owner states as follows.

1. The Bonanno Defendants did not respond to Owner's Cross-Motion to realign them when it was served on their counsel in the Nantucket Superior Court on August 21, 2026, more than a month before they removed this action. On October 19, 2026, the Court granted them leave to respond, and they filed their Limited Response the same day. Doc. 23. By their own description, their Limited Response is their "first substantive response concerning the pending Motion to Dismiss." Id. at 1. Owner has had no opportunity to answer it. Having obtained leave to file that first substantive response, the Bonanno Defendants take no position on Owner's request for leave to file the within proposed Reply.

2. The Bonanno Defendants' Limited Response advances three arguments: (i) that no collision of interests exists between the Bonanno Defendants and The Cincinnati Insurance Company ("Cincinnati") because Cincinnati "has undertaken their defense," id. at 2; (ii) that Owner's request for the identifying information of Jane Doe a/k/a "Chloe" should be denied

because the record does not show that Jane Doe has notice of the request, id. at 2–3; and (iii) that Owner should instead obtain that information through "[t]he ordinary disclosure and discovery framework," id. at 3.

3. Owner's proposed reply addresses three matters of record that bear directly on those arguments: (a) the Bonanno Defendants' same-day memorandum, which states that they do not seek a present adjudication of Cincinnati's indemnity obligations, asks the Court to "reserve remedial consequences until the coverage and damages record is complete,"; (b) Cincinnati's November 17, 2025 reference to a "coverage position letter" and Owner's unanswered requests for any reservation-of-rights correspondence or a stipulation that Cincinnati defends without reservation; and (c) the parties' October 19, 2026 correspondence under Fed. R. Civ. P. 26(f), which preceded the Bonanno Defendants' request for leave to file Doc. 23 and in which Owner identified Jane Doe's identity as an early discovery priority.

4. The proposed reply is confined to those matters. Cf. Walsh v. TelTech Sys., Inc., 821 F.3d 155, 160 n.2 (1st Cir. 2016) (affirming denial of leave to file sur-reply where movant "had notice and a reasonable opportunity to make that argument" in her original opposition). Owner has had no such opportunity here. The reply will not delay disposition of the pending motions and will assist the Court in deciding the Cross-Motion at the December 16, 2026 motion hearing.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests of this Honorable Court to enter an ORDER:

1. Allowing this Motion for Leave to File Reply;
2. Accepting the reply attached as Exhibit 1 for filing; and
3. Ordering such other and further relief as justice may require.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Undersigned counsel certifies that on October 19, 2026, he conferred by e-mail with counsel for the Bonanno Defendants in a good-faith attempt to resolve or narrow the issue presented by this motion. The Bonanno Defendants take no position on the motion.

Respectfully submitted,

**PLAINTIFF,**

1942 REALTY, LLC,

By its Attorney,

*/s/ Raymond H. Tomlinson, Jr.*

Raymond H. Tomlinson, Jr., BBO# 654855
TOMLINSON | LAW
76 Tupper Road, Suite 11
Sandwich, MA 02563
Telephone: (508) 348-9030
Facsimile: (508) 422-0930
*rht@tomlinsonlaw.com*

Dated: October 29, 2026

**CERTIFICATE OF SERVICE**

I, Raymond H. Tomlinson, Jr., hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system, and upon the following person(s) via US Mail Delivery:

Jane Doe a/k/a "Chloe"
155 East 72nd Street, Apt. 9A
New York, NY 10021

*/s/ Raymond H. Tomlinson, Jr.*
Raymond H. Tomlinson, Jr.

Dated: October 29, 2026